UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ERIN RILEY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>TURLOCK IRRIGATION DISTRICT; MONIQUE HAMPTON and DOES 1-100,<br><br>　　　　　Defendant. | Case No. 1:20-CV-01028-DAD-BAM<br><br>**ORDER EXTENDING DUE DATE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>The Hon. Dale A. Drozd<br><br>Trial Date:　　　None Set |

Per the Stipulation Regarding Service and Extension of Due Date for Responsive Pleading (Doc. No. 4) filed on August 19, 2020 of Plaintiff Erin Riley ("Riley") and Defendants Turlock Irrigation District ("District") and Monique Hampton ("Hampton"), collectively, "the Parties," and good cause appearing, it is ordered that Defendants Turlock Irrigation District and Monique Hampton shall have through and until Wednesday, September 9, 2020 to file a responsive pleading to the Complaint in the above-captioned lawsuit.

IT IS SO ORDERED.

　　Dated: **August 20, 2020**　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE